IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS McCLAIN, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-512 |
| | ) | Judge Terrence F. McVerry/ |
| MRS. ARNOLD; PAROLE OFFICE MAFIA, | ) | Magistrate Judge Amy Reynolds Hay |
| | ) | |
| Defendants | ) | |

## ORDER OF COURT

AND NOW, this 17<u>th</u> day of <u>November</u>, 2005, after the plaintiff, Thomas McClain, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the above captioned case is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

THOMAS MCCLAIN
FG-3934
SCI Smithfield
1120 Pike Street
P.O. Box 999
Huntingdon, PA 16652